UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Bonnie Barron
                        Plaintiff,

v.                                       Case No.: 1:16–cv–09043
                                               Honorable Samuel Der–Yeghiayan

Zurich American Insurance Co.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 21, 2017:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held. Plaintiff's oral motion to voluntarily dismiss the action is granted. The instant action is hereby dismissed with each party to bear its own costs and fees. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.